FILED
HARRISBURG, PA
JUL 02 2018
PER C___
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

### PETITION

I, _Steven H. Sadow_, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: _260 Peachtree Street, N.W._
_Suite 2502_
_Atlanta, Georgia 30303_

Office Telephone: _404-577-1400_

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

_(See attachment A hereto)_

My attorney Identification number is: _622075 (GA)_

| FOR COURT USE ONLY |
| --- |
| ____ GENERAL ADMISSION: |
| GRANTED BY THE COURT: _____  Date: _____ |
| ____ SPECIAL ADMISSION: |
| GRANTED BY THE COURT _____  Date: _____ |

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

_____ None _____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do _____, do not ✓, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

✓ Special Admission (specify by a check which rule) under

LR 83.8.2.1 ✓, LR 83.8.2.2 ____, LR 83.8.2.3 ____, or LR 83.8.2.4 ____

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

Represent movant Vance Taylor in pre-indictment motions

NAME THE PARTY YOU REPRESENT:

Vance Taylor

If special admission is requested for a particular case, please list case number and caption:

Case # _____

Caption # _____

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

   If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

   _Wendy J.F. Grella, 1119 North Front Street, Suite 1, Harrisburg, PA 85164, 717-576-0549_
   _Bar No. PA 85164_

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

   _[signature]_
   PETITIONER

   _622075 (GA)_
   (Bar Identification Number and State where admitted)
   _June 27, 2018_
   (Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER _Steven H. Sadow_

| JURISDICTION | ATTORNEY/BAR NUMBER |
|---|---|
| •Georgia (1979) | Georgia Bar No. 622075 |

- Georgia Court of Appeals (1979)
- Supreme Court of Georgia (1979)
- U.S. District Courts – Northern (1979) and Middle (1981) Districts of Georgia
- U.S Court of Appeals – Fourth (1981), Fifth ( previously admitted 1981), Sixth (1991), Seventh (1983), Eighth (1985), and Eleventh (1981) Circuits
- U.S. Supreme Court (1987).

**ATTACHMENT A**

```
Court Name: District Court
Division: 1
Receipt Number: 111822349
Cashier ID: bdanilow
Transaction Date: 07/02/2018
Payer Name: STEVEN H SADOW PC

PRO HAC VICE
 For: STEVEN H SADOW
 Case/Party: D-PAM-3-18-PB-000001-001
 Amount:       $50.00
------------------------------------
Paper Check Conversion
 Check/Money Order Num: 1295
 Amt Tendered: $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:      $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debt officially paid or
discharged. A fee of $53.00 will be
charged for returned checks.
```